# Exhibit A

# COMPLAINT - SUMMONS (DEFENDANT'S COPY)

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY VS. |
|---|---|---|---|---|
| 0714 | S | 2018 | 013511 | ANTONIO J MANATA |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

NEWARK MUNICIPAL COURT
31 GREEN STREET
NEWARK        NJ  07102-0000
973-733-6520   COUNTY OF: ESSEX

ADDRESS: 315 WESTFIELD AVE
CLARK                    NJ  07066-0000

| # of CHARGES: 1 | CO-DEFTS | POLICE CASE #: 18-42702 |
|---|---|---|

COMPLAINANT NAME: N   L GREEN

**DEFENDANT INFORMATION**
SEX: M   EYE COLOR: BROWN   DOB: 06/06/1975
DRIVER'S LIC. #: M03810547106752   DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x854   SBI #:
TELEPHONE #:  (  )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08/20/2018 in NEWARK CITY, ESSEX County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE ACT OF SIMPLE ASSAULT, SPECIFICALLY BY STRIKING VICTIM IN THE FACE WITH A CLOSED FIST, CAUSING VICTIM TO LOSE 4 TEETH FROM THE FRONT OF HIS MOUTH. IN VIOLATION OF 2C:12-1A(1).

**in violation of:**

| Original Charge | 1) 2C:12-1A(1) | 2) | 3) |
|---|---|---|---|
| Amended Charge | | | |

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: N L GREEN                                    Date: 08/28/2018

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**SUMMONS**
YOU ARE HEREBY SUMMONED to appear before the Municipal Court in the county of: ESSEX
at the following address: NEWARK MUNICIPAL COURT
31 GREEN STREET                                         NEWARK   NJ 07102-0000
If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

Date of Arrest:    Appearance Date: 09/11/2018   Time: 08:30AM   Phone: 973-733-6520

Signature of Person Issuing Summons:   N   L GREEN                              Date: 08/28/2018

☐ Domestic Violence – Confidential   ☐ Related Traffic Tickets or Other Complaints   ☐ Serious Personal Injury/ Death Involved

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

COMPLAINT - SUMMONS (DEFENDANT'S COPY)

Page 3 of 7                                                     NJ/CDR1 1/1/2017