# Exhibit B

# RETURN OF SERVICE INFORMATION

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **0714** | **S** | **2018** | **013511** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | ANTONIO J MANATA |

NEWARK MUNICIPAL COURT
31 GREEN STREET
NEWARK                NJ   07102-0000
973-733-6520  COUNTY OF: ESSEX

ADDRESS:
315 WESTFIELD AVE

CLARK                               NJ  07066-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 18-42702 |

COMPLAINANT N          L GREEN
NAME:   22 FRANKLIN ST
        ATTN RECORD BUREAU
        NEWARK                 NJ   07102

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN       DOB: 06/06/1975
DRIVER'S LIC. #. M03810547106752        DL STATE: NJ
SOCIAL SECURITY # xxx-xx-x854    SBI #:
TELEPHONE #:                      ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 08/20/2018 in       NEWARK CITY          ,    ESSEX   County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, COMMIT THE ACT OF SIMPLE ASSAULT, SPECIFICALLY BY STRIKING VICTIM IN THE FACE WITH A CLOSED FIST, CAUSING VICTIM TO LOSE 4 TEETH FROM THE FRONT OF HIS MOUTH. IN VIOLATION OF 2C:12-1A(1).

**in violation of:**

| Original Charge | 1) 2C:12-1A(1) | 2) | 3) |
|---|---|---|---|

| Check √ | Certification by Police Regarding Complaint-Summons |
|---|---|
| | I certify that I served the complaint-summons by delivering a copy to the defendant personally. |
| | I certify that I personally served the complaint-summons by leaving a copy at the defendant's usual place of abode with a competent member of the household of the age 14 or over _____ Name of family member over 14 years of age |
| | I certify that I mailed a copy of the complaint-summons by ordinary mail to the defendant at his or her last known address. _____ Defendant's last known address |
| | I certify that I served the complaint-summons by delivering a copy to a person authorized to receive service of process on the defendant's behalf. _____ Name and title of authorized person |
| | Other manner of service: I certify that I served the complaint-summons in the following manner: _____ |
| ✔ | I certify that I was unable to serve the complaint-summons. |

Signed: **N L GREEN NEWARK CITY POLICE DEPT**     Date of Action: _____ 08/28/2018 _____
         Name, Title and Department of Officer

**RETURN OF SERVICE INFORMATION**

**Page 4 of 7**                                                    NJ/CDR1 1/1/2017