# Exhibit C

Ras J. Baraka
Mayor

# Newark

Anthony F. Ambrose
Public Safety Director

**Department of Public Safety**
**Newark Police Division**
**Office of Professional Standards**
494 Braod Street - 1st Floor
Newark, New Jersey 07102
Telephone:   973-733-6171
Fax:               093-353-8469

October 9, 2018

Antonio Manata                                    Re:   Investigation of Personnel # 18-418
1 Crescent Parkway                                      Neglect of Duty
Clark, NJ
07066

Dear Mr. Manata:

The Newark Police Division has completed its investigation of your report concerning the conduct of Officers Rui Pinto and Robby Rios. The investigation revealed that the officer(s) violated Newark Police Division rules and regulations. The personnel involved will be subject to appropriate discipline under our agency's procedures.

If you have any questions, please feel free to contact me at the above listed telephone number.

Thank you for bringing this matter to our attention.

Sincerely,

**NEWARK POLICE DIVISION**
**Office of Professional Standards**


**Sergeant Joshua P. Rivera**

cc: File