Law Offices

# RICCI & FAVA L.L.C

Ronald J. Ricci, Esq.
Joseph Fava, Esq.*
Marisa Dominguez, Esq.*
Kevin Sisco, Esq.
Jacqueline Ramirez, Esq.
Tina L. Naraine, Esq.

16 Furler Street, 2nd Floor
Totowa, New Jersey 07512

(973) 837-1900
Facsimile: (973) 837-1915
E-mail: mdemarco@riccifavalaw.com

Essex County Offices
45 Bleeker Street
Newark, NJ 07102

-----------------------------

395 Franklin Street
Bloomfield, NJ 07003

-----------------------------

Please Reply to our Totowa Office

Of Counsel :
Michael J. DeMarco
Vincent C. Scoca, Esq.
Brooke E. Bagley, Esq.
•Admitted to NJ & NY Bars

February 28, 2022

## ORDER

VIA ECF

Honorable Edward S. Keil, U.M.D.J.
Frank R. Lautenberg, U.S.P.O.
& Courthouse
1 Federal Square
Newark, New Jersey 07102

Re:     Antonio Manata v. City of Newark, et. al.
        Civil Action No.: 2:19-cv-09416-SDW-ESK

Dear Magistrate Keil:

This firm represents Defendant Evaristo Cordero in the above-docketed matter. I ask, respectfully, for additional time to file a Motion for Summary Judgment. The motion was due on February 25, 2022. Unfortunately, the due date was entered incorrectly in our firm calendar. I have spoken to our adversary, Matthew Toscano, who has consented to this request. I respectfully, ask that the date be extended to March 7, 2022. I note Mr. Toscano's office has requested a date of March 21, 2022 for their response to the initial motions filed in reference to this action.

Thanking the Court for its many courtesies to counsel, I remain,

Respectfully yours,

RICCI AND FAVA, LLC.

By:     Ronald J. Ricci

**The request is So Ordered.**

    **/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.M.J.**
**Date: March 2, 2022**